# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: May 1, 2013**

Official Caption[1]

2013-1011, -1029, -1376

PROMEGA CORPORATION,

Plaintiff-Cross Appellant,

and

MAX-PLANCK-GESELLSCHAFT ZUR FORDERUNG DER WISSENSCHAFTEN E.V.,

Plaintiff,

v.

LIFE TECHNOLOGIES CORPORATION,
INVITROGEN IP HOLDINGS, INC.,
and APPLIED BIOSYSTEMS, LLC,

Defendants-Appellants.

Appeals from the United States District Court for the Western District of Wisconsin in case no. 10-CV-0281, Senior Judge Barbara B. Crabb.

Authorized Abbreviated Caption[2]

PROMEGA CORP V LIFE TECH, 2013-1011, -1029, -1376

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.