NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PROMEGA CORPORATION,**
*Plaintiff - Cross-Appellant,*

**MAX-PLANCK-GESELLSCHAFT ZUR FOERDERUNG DER WISSENSCHAFTEN E.V.,**
*Plaintiff,*

v.

**LIFE TECHNOLOGIES CORPORATION, INVITROGEN IP HOLDINGS, INC., and APPLIED BIOSYSTEMS, LLC,**
*Defendants – Appellants.*

---

13-1011

---

Appeal from the United States District Court for the Western District of Wisconsin in case no. 10-CV-0281, Chief Judge Barbara B. Crabb.

---

ON MOTION

# O R D E R

Upon consideration of the appellants Applied Biosystems, LLC, Life Technologies Corporation, and Invitrogen IP Holdings, Inc., unopposed motion to extend time to file their principal brief until July 19, 2013,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

June 10, 2013                /s/ Jan Horbaly
                             Jan Horbaly
                             Clerk


cc: Mark Christopher Fleming
Dina Bernick Mishra
Proshanto Mukherji
Susan Rebecca Podolsky
Edward R. Reines
Timothy C. Saulsbury
Thomas Saunders
Bradford Paul Schmidt
Derek C. Walter
Seth P. Waxman
Francis M. Wikstrom