WILMERHALE

**Seth P. Waxman**

+1 202 663 6800 (t)
+1 202 663 6363 (f)
seth.waxman@wilmerhale.com

November 7, 2013

**BY ECF**

Daniel E. O'Toole
Chief Executive and Clerk of the Court
United States Court of Appeals
  for the Federal Circuit
717 Madison Street, NW
Washington, DC  20439

Re:    *Promega Corporation v. Life Technologies Corporation*, Nos. 2013-1011, -1029, -1379

Dear Mr. O'Toole:

      I will be arguing the above-mentioned appeal for Plaintiff-Cross Appellant Promega Corporation.  I write to inform the Court that, due to commitments in other cases, I will not be available for argument from January 6 through January 10, 2014.

Respectfully submitted,

/s/ Seth P. Waxman

Seth P. Waxman

cc:  All Counsel (by ECF)