201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
+1 650 802 3000 tel
+1 650 802 3100 fax

**Edward R. Reines**
+1 (650) 802-3022
edward.reines@weil.com

VIA CM/ECF

November 14, 2013

Mr. Dan O'Toole
Circuit Executive and Clerk of the Court
717 Madison Place NW
Washington, DC 20005

**Re:** *Promega Corporation v. Life Technologies Corp.*, 2013-1011, -1029, -1376;
*Promega Corporation v. Applied Biosystems, LLC*, 2013-1454;
*Mitsubishi Industries v. General Electric*, 2013-1269

Dear Mr. O'Toole:

     I am principal counsel for Defendants-Appellants Life Technologies, Invitrogen IP Holdings, and Applied Biosystems in the above-referenced *Life Technologies* matter (2013-1011, -1029, -1376), I am also principal counsel for Defendant-Appellee General Electric in the above-referenced *Mitsubishi Industries* matter (2013-1269), and I am principal counsel for Defendants-Appellants Applied Biosystems, Life Technologies, and California Institute of Technology in the above-referenced *Applied Biosystems* matter (2013-1454). I understand that the three matters potentially might be scheduled for oral argument during the same argument week because the briefing is complete on each. The undersigned respectfully suggests that the three oral arguments be scheduled apart from each other to allow for preparation, as the Court deems appropriate.

     Thank you, as always, for your consideration.

Respectfully Submitted,

cc: All Counsel (by ECF)

  */s/ Edward R. Reines*
Edward Reines

## CERTIFICATE OF SERVICE

In accordance with Fed. R. App. P. 25 and Fed. Cir. R. 25, I certify that on this 14th day of November, 2013, I served the foregoing via the Court's CM/ECF system on the principal attorneys for each party.

Dated: November 14, 2013

*/s/ Irina Khait*
Irina Khait
Paralegal
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000