WILMERHALE

**Seth P. Waxman**

+1 202 663 6800 (t)
+1 202 663 6363 (f)
seth.waxman@wilmerhale.com

January 2, 2014

**BY ECF**

Daniel E. O'Toole
Circuit Executive and Clerk of the Court
United States Court of Appeals
 for the Federal Circuit
717 Madison Street, NW
Washington, DC  20439

Re:     *Promega Corporation v. Life Technologies Corporation*, Nos. 2013-1011, -1029, -1379

Dear Mr. O'Toole:

     I will be arguing the above-mentioned appeal for Plaintiff-Cross Appellant Promega Corporation.  I am also counsel for the Petitioner in *Hall v. Florida*, No. 12-10882, which the U.S. Supreme Court has scheduled for argument on Monday, March 3, 2014.  I respectfully request that the argument in the *Promega* appeal not be scheduled for that same day and, if possible, be scheduled so as to allow some separation between the two arguments.

     Thank you for considering this request.

Respectfully submitted,

/s/ Seth P. Waxman
Seth P. Waxman

cc:  All Counsel (by ECF)